## IN THE COMMONWEALTH COURT OF PENNSYLVANIA

In Re: Appeal of Joanne W. Smith and : 
Robert L. Whetstone from the Decision : CASES CONSOLIDATED
of the Zoning Hearing Board of West : 
Chester Borough : No. 1715 C.D. 2018
:
Appeal of: Joanne W. Smith and :
Robert L. Whetstone :

Joanne W. Smith and Robert L. :
Whetstone :
:
:
v. :
:
Zoning Hearing Board of West Chester :
Borough :
:
v. : No. 1725 C.D. 2018
:
StanAb, LP :
:
Appeal of:  StanAb, LP :

## PER CURIAM          O R D E R

NOW, June 23, 2020, having considered Designated Appellants' application for reargument and Appellee StanAb, L.P.'s answer in response thereto, the application is denied.